# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM SCOTT, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | )   Civil Action No. 2:20-1703 |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

AND NOW, this 26th day of May, 2022, IT IS HEREBY ORDERED that judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure is entered in favor of the Defendant, United Parcel Service, Inc., and against the Plaintiff, William Scott, Jr.

s/ Patricia L Dodge
PATRICIA L. DODGE
United States Magistrate Judge