# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2161

William Scott, Jr. v. UPS Inc

(U.S. District Court No.: 2-20-cv-01703)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  October 11, 2022

kr/cc:  Nelson D. Berardinelli, Esq.
        Martell Harris, Esq.
        John D. Peake III, Esq.
        Michael B. Victorian, Esq.
        Brandy S. Lonchena, Clerk

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate